[No. 20346-4-II. Division Two. March 6, 1998.]

DAN LAWSON, *Appellant*, v. THOMAS TINKHAM, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 89-2-00053-1, George L. Wood, J., entered January 5, 1996. *Reversed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.

[No. 20716-8-II. Division Two. March 6, 1998.]

*In the Matter of the Marriage of* JOHN CHRISTOPHER RIDEOUT, *Respondent*, and SARA DIXON RIDEOUT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-3-00455-6, Christine A. Pomeroy, J., entered April 11, 1996. *Reversed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.

[No. 20822-9-II. Division Two. March 6, 1998.]

*In the Matter of the Marriage of* LARRY D. FLOYD, *Appellant*, and LYNN J. FLOYD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-3-06272-6, Waldo F. Stone, J., entered May 10, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 20920-9-II. Division Two. March 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD D. PRITCHARD, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 96-8-00048-6, Thomas Majhan, J. Pro Tem., entered June 11, 1996. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.